# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2023-0442**
Ellen Lanelle Beckham v. State of Alabama (Appeal from Mobile Circuit Court: CC-18-2384)

## NOTICE

You are hereby notified that on May 23, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk